# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Civ. A. No. 20-206-KBJ |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| Defendant. | ) |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, respectfully submits the following Answer to Plaintiff's Complaint (ECF No. 1) and states as follows:

## DEFENSES

1. Some or all of the information sought by Plaintiff is exempt from release under one or more exemption of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(b).

2. Plaintiff failed to properly exhaust administrative remedies under FOIA.

3. Defendant respectfully reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant through the course of the litigation.

## DEFENDANT'S RESPONSES TO THE NUMBERED PARAGRAPHS

Defendant denies all allegations in the Complaint, including the relief sought, except when specifically admitted in this Answer. Defendant responds as follows:

## JURISDICTION AND VENUE

1. The allegation contained in this paragraph consists of plaintiff's legal conclusion regarding jurisdiction, to which no response is required.

2. The allegation contained in this paragraph consists of plaintiff's legal conclusion regarding venue, to which no response is required.

## PARTIES

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4. Admit the first sentence. The second sentence is a legal conclusion, to which no response is required.

## STATEMENT OF FACTS

5. Admit.

6. Admit that the request sought a form as named in the allegation. The remainder of the paragraph consists of plaintiff's characterization of the information sought, to which no response is required. The request speaks for itself and defendant respectfully refers the Court to the request for a complete and accurate statement of its contents.

7. Admit. The request speaks for itself and defendant respectfully refers the Court to the request for a complete and accurate statement of its contents.

8. The allegations in paragraph 8 are legal conclusions, to which no response is required.

9. Admit, except that the letter indicates that the request had been "received" for processing. The October 10, 2019 letter speaks for itself and defendant respectfully refers the Court to the letter for a complete and accurate statement of its contents.

10. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

11. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

12. The allegations in paragraph 12 are legal conclusions, to which no response is required.

13. Admit only that Defendant did not provide records to Plaintiff or a final response to Plaintiff's FOIA request. The remainder of this paragraph consists of legal conclusions to which a response is not required.

14. The allegations in paragraph 14 are legal conclusions, to which no response is required.

15. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this paragraph. The second sentence of this paragraph does not set forth a claim for relief or aver facts in support of a claim under FOIA to which an answer is required. The third sentence of this paragraph consists of a legal conclusion to which no response is required.

## CAUSE OF ACTION

16. Paragraph 16 of the Complaint incorporates all preceding paragraphs; Defendant incorporates all previous responses.

17. The allegations in paragraph 17 are legal conclusions, to which no response is required.

18. The allegations in paragraph 18 are legal conclusions, to which no response is required.

The remainder of the complaint consists of Plaintiff's prayer for relief, to which no response is required.

Date: March 11, 2020

Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar # 437437
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: */s/ John Moustakas*
John Moustakas
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov
*Counsel for Defendant*