IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Civ. A. No. 20-206-KBJ |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| Defendant. | ) |

**DEFEDANT'S STATUS REPORT**

Defendant, Federal Bureau of Investigation ("FBI"), submits this status report to inform both Plaintiff and the Court that Defendant's Records Office ("RIDS") has resumed normal operations as of June 8, 2020.  RIDS anticipates completing its search by July 22, 2020.  Shortly thereafter, Defendant will be able to propose a processing schedule.  Consequently, Defendant respectfully requests the opportunity to submit, either on its own behalf or as a joint status report with Plaintiff, a further report proposing a processing schedule on July 29, 2020.

Dated:  June 22, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Civil Chief

By: /s  *John Moustakas*
John Moustakas, D.C. Bar #442076
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2518
*Counsel for Defendant*