# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | Civ. A. No. 20-206-KBJ |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| *Defendant*. ) | |
| _____) | |

## JOINT STATUS REPORT

Plaintiff, Gun Owners of America, Inc. ("Gun Owners"), and Defendant, Federal Bureau of Investigation ("FBI"), submit this joint status report to apprise the Court of the progress made advancing this matter.

FBI has completed its search for responsive documents. It expects to make one release of all the non-exempt, responsive records by October 30, 2020. To give time for review of the records, and for the parties time to meet and confer with an eye toward avoiding further litigation (or at least narrowing the issues), the parties propose submitting their next joint status report by November 30, 2020.

Dated:  September 23, 2020

*/s/ Robert J. Olson*
ROBERT JEFFREY OLSON
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna , VA  22180
(703) 356-5070
Email:Rob@wjopc.Com

*Counsel for Plaintiff*

Respectfully submitted,
MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Civil Chief

By: */s John Moustakas*
John Moustakas, D.C. Bar #442076
Assistant United States Attorney
U.S. Attorney's Office - Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2518

*Counsel for Defendant*