# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | Civ. A. No. 20-206-KBJ |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## JOINT STATUS REPORT

Plaintiff, Gun Owners of America, Inc. ("Gun Owners"), and Defendant, Federal Bureau of Investigation ("FBI"), submit this joint status report to apprise the Court of the progress made advancing this matter. On October 30, 2020, FBI made a first and final production of seven pages of documents responsive to Gun Owners' FOIA request. Twenty pages were withheld in full. FBI is preparing a draft Vaughn Index of redactions and withholdings which it intends to provide to Gun Owners by December 15, 2020. To provide time for Gun Owners to review the draft Vaughn Index, and the parties time to meet and confer with an eye towards avoiding further litigation, the parties propose submitting their next joint status report by January 15, 2021.

Dated: November 30, 2020

*/s/ Robert J. Olson*
ROBERT JEFFREY OLSON
D.C. Bar #1029318
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA  22180
(703) 356-5070
Email: rob@wjopc.com

*Counsel for Plaintiff*

Respectfully submitted,
MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Civil Chief

By: */s/  John Moustakas*
John Moustakas, D.C. Bar #442076
U.S. Attorney's Office – Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2518
*Counsel for Defendant*