IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | Civ. A. No. 20-206-KBJ |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| *Defendant*. ) | |
| _____) | |

**JOINT STATUS REPORT**

Pursuant to the Court's December 3, 2020 Minute Order Plaintiff, Gun Owners of America, Inc. ("Gun Owners"), and Defendant, Federal Bureau of Investigation ("FBI"), submit this joint status report. Today, December 15, 2020, FBI provided Plaintiff with a *Vaughn* Index of redactions and withholdings made in the responsive records in this matter. To provide time for Gun Owners to review the draft *Vaughn* Index, and the parties time to meet and confer with an eye towards avoiding further litigation, the parties propose submitting their next joint status report by January 15, 2021.

Dated: December 15, 2020

/s/ Robert J. Olson
ROBERT JEFFREY OLSON
D.C. Bar #1029318
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA 22180
(703) 356-5070
Email: rob@wjopc.com

*Counsel for Plaintiff*

Respectfully submitted,
MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Civil Chief

By: /s/ *John Moustakas*
John Moustakas, D.C. Bar #442076
U.S. Attorney's Office – Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2518

*Counsel for Defendant*