IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GUN OWNERS OF AMERICA, INC.,** )<br>)<br>*Plaintiff*, )<br>)<br>vs. )<br>)<br>**FEDERAL BUREAU OF INVESTIGATION**, )<br>)<br>*Defendant*. )<br>_____) | Civ. A. No. 20-206-KBJ |

## JOINT STATUS REPORT

Pursuant to the Court's December 18, 2020 Minute Order Plaintiff, Gun Owners of America, Inc. ("Plaintiff"), and Defendant, Federal Bureau of Investigation ("FBI"), submit this joint status report. Since the parties last status report, Plaintiff has had an opportunity to review the *Vaughn* Index provided by FBI. The parties have met and conferred, and Plaintiff does not intend to dispute the withholdings made in the records produced by FBI to date. However, Plaintiff has raised some questions about the scope of the searches performed by FBI in this case, as to whether additional responsive records may in fact exist. In order to provide FBI with time to review Plaintiffs' questions, and for the parties to confer to determine the appropriate course of action, the parties propose submitting their next joint status report by February 15, 2021.

| | |
|---|---|
| Dated:  January 15, 2021 | Respectfully submitted,<br>MICHAEL R. SHERWIN<br>Acting United States Attorney |
| */s/  Robert J. Olson*<br>ROBERT JEFFREY OLSON<br>D.C. Bar #1029318<br>WILLIAM J. OLSON, PC<br>370 Maple Avenue West Suite 4<br>Vienna, VA  22180<br>(703) 356-5070<br>Email: rob@wjopc.com<br><br>*Counsel for Plaintiff* | BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By: */s/ John Moustakas*<br>John Moustakas, D.C. Bar #442076<br>U.S. Attorney's Office – Civil Division<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2518<br><br>*Counsel for Defendant* |