# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GUN OWNERS OF AMERICA, INC.,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | Civ. A. No. 20-206-KBJ |
| | ) | |
| **FEDERAL BUREAU OF INVESTIGATION**, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's January 15, 2021 Minute Order Plaintiff, Gun Owners of America, Inc. ("Plaintiff") submits this status report to the Court. The parties filed their last joint status report on January 15, 2021, apprising the Court that (i) while Plaintiff does not intend to challenge redactions and withholdings in records that have been produced thus far, (ii) Plaintiff has concerns as to the adequacy of FBI's searches in this case.

On January 21, 2021, FBI through counsel sent an email explaining the scope of FBI's searches for records in this case. On January 27, Plaintiff through counsel sent a reply email, raising with FBI various specific questions as to certain FBI custodians who, and certain FBI components which, Plaintiff reasonably believes may possess additional responsive records.

Since that date, Plaintiff has received no substantive response from the FBI. Plaintiff's counsel has attempted to confer with counsel for FBI multiple times over the past two days, seeking (a) FBI's position on Plaintiff's January 27 email and (b) seeking input as to the court-ordered Joint Status Report due yesterday. Plaintiff's counsel has been unable to obtain any substantive input with respect to either issue.

Thus, Plaintiff submits this status report. As the matter stands, Plaintiff is not satisfied with the meager production in this case, believing FBI's searches to be inadequate, and believing additional responsive records to exist. If FBI is unwilling to conduct further searches, Plaintiff intends to move this Court for limited discovery in order to challenge the sufficiency of Defendant's searches for records.

Plaintiff proposes that the parties be ordered to submit a further status report on or before this Friday, February 19, 2021, giving the parties additional time to meet and confer on these issues.

Dated: February 16, 2021

Respectfully submitted,

*/s/ Robert J. Olson*
ROBERT JEFFREY OLSON
D.C. Bar #1029318
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA  22180
(703) 356-5070
Email: rob@wjopc.com

*Counsel*
*for*
*Plaintiff*