# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GUN OWNERS OF AMERICA, INC.,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | Civ. A. No. 20-206-KBJ |
| ) | |
| **FEDERAL BUREAU OF INVESTIGATION**, ) | |
| ) | |
| *Defendant*. ) | |
| _____) | |

## DEFENDANT'S STATUS REPORT

Defendant, Federal Bureau of Investigation ("FBI"), submits this status report in response to Plaintiff's Status Report filed on February 16, 2021.

Government counsel regrets that this periodic status report – intended for joint submission – has come to the Court in piecemeal fashion, and late.  Regrettably, undersigned was in the midst of completing dispositive briefing in another case and, as a result of a number of setbacks in that matter, found himself unable to confer with Plaintiff's counsel as early as would have been desirable – a fact counsel brought to Plaintiff's attention by email earlier in the afternoon of February 16.  An offer to meet and confer shortly after 6 pm (at counsel's very first opportunity), went unanswered, as did a subsequent email sent moments later, after the discovery that Plaintiff's proposal would have committed Defendant to providing discovery – a commitment not only highly unusual, but one for which Defendant's consent had not been solicited.  Shortly thereafter, Plaintiff filed its own "Plaintiff's Status Report."  Since that time, undersigned is now authorized to say that Defendant regards discovery inappropriate here and an approach to which it would not consent.

Although undersigned can now represent that Defendant does not consent to discovery, that suggestion may have become moot.  Since the filing of Plaintiff's status report, answers

have been provided to all of Plaintiff's questions about Defendant's search, with one subpart subject to further refinement as explained by email to Plaintiff.  As such, Defendant recommends that Plaintiff review the responses to each of its six questions, including the supplement information Defendant hopes to provide shortly.  Once it has done so, it should report whether it is satisfied, in which the parties can report as much.  If not, Defendant respectfully submits that the parties meet and confer in an attempt to narrow the scope of any dispute.

Mindful of the difficulties undersigned's limited availability to meet and confer recently caused and counsel's commitments the remainder of this week, Defendant proposes that the parties meet and confer by no later than March 5 and file a joint status report on or before March 10, 2021.  Such a timetable will permit both counsel to confer, as necessary, with their respective clients about any intervening proposals for moving forward or resolving the case and, if necessary, to provide additional information.

| | |
|---|---|
| Dated:  February 23, 2021 | Respectfully submitted,<br>MICHAEL R. SHERWIN<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By: /s/ *John Moustakas*<br>John Moustakas, D.C. Bar #442076<br>U.S. Attorney's Office – Civil Division<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2518<br><br>*Counsel for Defendant* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GUN OWNERS OF AMERICA, INC.,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | Civ. A. No. 20-206-KBJ |
| ) | |
| **FEDERAL BUREAU OF INVESTIGATION**, ) | |
| ) | |
| *Defendant*. ) | |
| _____) | |

## **(PROPOSED) ORDER**

UPON CONSIDERATION of Defendant's status report, and for good cause shown, it is hereby:

ORDERED that the parties meet and confer by March 5, 2021 and submit their next Joint Status Report by not later than March 10, 2021.

**SO ORDERED.**


Dated: _____       _____
                                                                    UNITED STATES DISTRICT JUDGE