## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GUN OWNERS OF AMERICA, INC.,** )<br>)<br>*Plaintiff*, )<br>)<br>vs. )<br>)<br>**FEDERAL BUREAU OF INVESTIGATION**, )<br>)<br>*Defendant*. )<br>_____ ) | Civ. A. No. 20-206-KBJ |

### PLAINTIFF'S MOTION TO LIFT STAY

Plaintiff commenced this action on January 27, 2020 (ECF #1) and, on March 26, 2020, Defendant filed its answer (ECF #8). On April 20, 2020, Defendant filed a motion to stay the case (ECF #9), alleging complications due to COVID-19 and the voluntary, complete shutdown of the FBI RIDS system that handles FOIA matters. Plaintiff took no position on Defendant's motion, however asked that the stay not become an open-ended affair. *Id.* at 5-6. On May 5, 2020, the Court entered a minute order staying the case until further notice, but ordering the parties to report to the Court "within two weeks of the reopening of RIDS," or no later than June 1, 2020, with a proposal "contain[ing] a proposed schedule for further proceedings."

On June 1, 2020, the parties filed the JSR ordered by the Court. Defendant reported that RIDS had reopened at 1/3 capacity, but that it did not wish to process Plaintiff's FOIA request until RIDS returned to "normal operations." ECF 9 at 2. Plaintiff asked that searches and processing begin immediately. ECF 9 at 7. On June 22, 2020, Defendant filed a further Defendant's Status Report (ECF #12) reporting that RIDS had resumed normal operations, and asking that the parties propose "a processing schedule on July 29, 2020."

On June 23, 2020, the Court entered a minute order ordering that subsequent JSR. However, the Court's May 5, 2020 stay was never lifted in this case. Nevertheless, the case has been proceeding, with the parties filing seven status reports over the last 9 months, and Defendant processing and producing seven pages of records on October 30, 2020, and providing a *Vaughn* index on 20 withheld-in-full pages on December 15, 2020.

Since that date, Plaintiff through counsel has made inquiries as to the scope of Defendant's searches in this case, believing that the FBI possess additional records responsive to Plaintiff's FOIA request. However, the parties have not reached agreement about how to proceed, and responses from Defendant have not been forthcoming. Plaintiff thus believes that motion practice may be required, including the filing of a motion to compel the release of records.

Thus, Plaintiff asks that this Court lift the stay entered May 5, 2020. Pursuant to Local Rule 7(m), Plaintiff's counsel inquired as to Defendant's position on this motion by email dated February 25, 2021 but, to date, has received no response. Due to the straightforward nature of this Motion, Plaintiff requests that it be relieved of the requirement of a Statement of Points and Authorities pursuant to LCvR 7(a).

Dated:  March 15, 2021          Respectfully submitted,

         */s/  Robert J. Olson*
         ROBERT JEFFREY OLSON
         D.C. Bar #1029318
         WILLIAM J. OLSON, P.C.
         370 Maple Avenue West Suite 4
         Vienna, VA  22180
         (703) 356-5070
         Email: rob@wjopc.com
         *Counsel for Plaintiff*

         Stephen D. Stamboulieh
         Stamboulieh Law, PLLC
         P.O. Box 428
         Olive Branch, MS  38654
         (601) 852-3440
         stephen@sdslaw.us
         DC District Court Bar# MS0009

CERTIFICATE OF SERVICE

     I, Robert J. Olson, hereby certify that I have filed with the Clerk of this Court, a true and correct copy of the foregoing document or pleading, utilizing this Court's CM/ECF system, which generated a Notice and delivered a copy of this document or pleading to all counsel of record.

         Dated: March 15, 2021.

         */s/ Robert J. Olson*
         Robert J. Olson