IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GUN OWNERS OF AMERICA, INC.,** )<br>)<br>*Plaintiff*, )<br>)<br>vs. )<br>)<br>**FEDERAL BUREAU OF INVESTIGATION**, )<br>)<br>*Defendant*. )<br>_____) | Civ. A. No. 20-206-KBJ |

## JOINT STATUS REPORT

Pursuant to the Court's March 19, 2021 Minute Order, Plaintiff, Gun Owners of America, Inc. ("Plaintiff"), and Defendant, Federal Bureau of Investigation ("FBI"), submit this joint status report. Since the parties' last status reports, they have continued to discuss Plaintiffs' concerns regarding the scope of the searches performed by FBI in this case, and whether certain sets of documents that may exist are within the scope of Plaintiff's FOIA request.

Pursuant to Paragraph 4(c) of the Appendix to this Court's General Order and Guidelines Applicable to FOIA Cases, the parties hereby inform the Court that Defendant has completed processing and production of records in this case. The parties intend to continue to confer with respect to Plaintiffs' concerns, with an eye towards reducing the scope of or eliminating the dispute between the parties. At present, however, disputes remain.

Thus, pursuant to the Court's March 19 order, the parties submit the following proposed schedule to govern summary judgment briefing in this case:

- Defendant will submit its motion for summary judgment on or before July 1, 2021;

- Plaintiff will submit its cross motion and response to Defendant's motion on or before August 2, 2021;

- Defendant will submit its reply and response to Plaintiff's motion on or before August 23, 2021; and

- Plaintiff will submit its reply on or before September 6, 2021.

Dated: April 2, 2021

/s/ Robert J. Olson
ROBERT JEFFREY OLSON
D.C. Bar #1029318
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA 22180
(703) 356-5070
Email: rob@wjopc.com

*Counsel for Plaintiff*

Respectfully submitted,
CHANNING D. PHILLIPS, D.C. Bar # 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ *John Moustakas*
John Moustakas, D.C. Bar #442076
U.S. Attorney's Office – Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2518

*Counsel for Defendant*