UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GUN OWNERS OF AMERICA, INC.,** )<br>)<br>*Plaintiff*, )<br>)<br>vs. )<br>)<br>**FEDERAL BUREAU OF INVESTIGATION**, )<br>)<br>*Defendant*. )<br>_____) | Civ. A. No. 20-206-KBJ |

## DEFENDANT'S MOTION TO VACATE SUMMARY JUDGMENT SCHEDULE

Pursuant to the Court's April 29, 2021, Minute Order, Plaintiff, Gun Owners of America, Inc. ("Plaintiff"), and Defendant, Federal Bureau of Investigation ("FBI"), submit this joint motion to vacate the current summary judgment briefing schedule. Since the April 2, 2021, joint status report that resulted in the briefing schedule set out in the Court's April 29, 2021, Minute Order, Defendant has undertaken additional processing of records ("supplemental processing"). FBI estimates a completion date of June 30, 2021. The supplemental processing relates to a category of investigative records deemed be beyond the scope of Plaintiff's original requests and therefore never processed. Because these documents were subsequently requested by Plaintiff, FBI has agreed to extend the scope of the original request to include them with the hope of generating good will sufficient to produce a negotiated resolution of the matter.

Pursuant to Paragraph 4(c) of the Appendix to this Court's General Order and Guidelines Applicable to FOIA Cases, and consistent with deadlines it creates, the parties will meet and confer to determine whether disputes remain with respect to the supplemental records. Because undersigned counsel begins a jury trial on June 30 that is expecting to last through the third week of July, the parties will submit a Joint Status Report within 45 days of the FBI's completion of

processing and disclosure, or August 16, 2021, which ever is sooner.  Either the case will be dismissed at that juncture (or sometime shortly thereafter) or a briefing schedule will be proposed for resolving the case on cross motions for summary judgment.

  Defendant has been unable to reach Plaintiff's counsel this evening to obtain his consent to the requested motion to vacate, but note that on May 26, 2021, Plaintiff's counsel has kindly offered to accede to an extension of the summary judgment briefing schedule based solely on the filing of the amended complaint.  This was before Plaintiff learned about the FBI's accession to its request for processing of the investigative documents – a fact which augurs well for the relief sought in the instant motion.

Dated:  June 7, 2021      Respectfully submitted,
              CHANNING D. PHILLIPS, D.C. Bar # 415793
              Acting United States Attorney

              BRIAN P. HUDAK
              Acting Chief, Civil Division

              By: /s/ *John Moustakas*
              John Moustakas, D.C. Bar #442076
              U.S. Attorney's Office – Civil Division
              555 4th Street, N.W.
              Washington, D.C. 20530
              (202) 252-2518

              *Counsel for Defendant*