UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-0206 (KBJ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendant. | ) ) | |

### ERRATA

Defendant Federal Bureau of Investigation respectfully submits this Errata to clarify that Defendant's Motion to Vacate Summary Judgment Briefing Schedule (ECF No. 25) was not filed as a joint motion notwithstanding a vestigial reference in the motion's text from an earlier draft that was inadvertently retained in the final draft.  Rather, consistent with its ECF designation, its title, the disclosure that Plaintiff had not been reached for consent, and its singular signature block, the motion was filed solely on Defendant's own behalf.

Dated:  June 22, 2021

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar # 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: */s/  John Moustakas*
JOHN MOUSTAKAS, D.C. Bar # 442076
Assistant United States Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 252-2518
john.moustakas@usdoj.gov

*Counsel for Defendant*