UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, )<br>)<br>Defendant. )<br>) | Civ. A. No. 20-206 |

**DEFENDANT'S CONSENT MOTION TO VACATE
SUMMARY JUDGMENT BRIEFING SCHEDULE**

Defendant Federal Bureau of Investigation ("FBI") respectfully moves to vacate the current summary judgment briefing schedule. Plaintiff consents to Defendant's request. As a result, the parties deem Defendant's prior motion to vacate (ECF No. 25) superseded.

On April 29, 2021, the Court set a summary judgment briefing schedule proposed in the parities April 2, 2021, joint status report. Under that schedule, Defendant's motion for summary judgment is due on July 1, 2021. However, since the setting of the briefing schedule, Defendant has determined to process additional records at Plaintiff's request. Those records are expected to be released to Plaintiff on June 30, 2021 – a day before the motion is due.

Although, as of this date, Plaintiff's sole objection has been to the adequacy of Defendant's search and not to any of its redactions, it is unknown whether that will continue to be the case with respect to any new release. If so, a *Vaughn* index, as well as a declaration addressing any such redactions, will have to be prepared. To give Plaintiff sufficient time to review the records and determine what, if any, objections it has, for parties to meet and confer, and for Defendant to prepare its *Vaughn* index, declaration, and moving papers, Defendant respectfully requests that the

Court vacate the current briefing schedule and replace it with the proposed schedule immediately below:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | September 30, 2021 |
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment | November 1, 2021 |
| Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition | November 30, 2021 |
| Plaintiff's Reply to Defendant's Opposition | December 14, 2021 |

Dated:  June 23, 2021
          Washington, DC

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division


By: /s/  John Moustakas
John Moustakas, D.C. Bar #442076
U.S. Attorney's Office – Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov


*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, )<br>)<br>Defendant. )<br>)<br>)<br>) | Civ. A. No. 20-206 |

### **(PROPOSED) ORDER**

UPON CONSIDERATION OF Defendant's Consent Motion to Vacate Summary Judgment Brief Schedule, and based upon the entire record, the Motion is hereby **GRANTED.**

The new summary judgment briefing schedule shall be as follows:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | September 30, 2021 |
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment | November 1, 2021 |
| Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition | November 30, 2021 |
| Plaintiff's Reply to Defendant's Opposition | December 14, 2021 |

**SO ORDERED.**

Dated: _____

UNITED STATES DISTRCT JUDGE