UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 20-206 |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION TO SET NEW
SUMMARY JUDGMENT BRIEFING SCHEDULE**

Defendant Federal Bureau of Investigation ("FBI") respectfully moves to vacate the current summary judgment briefing schedule. Plaintiff consents to Defendant's request. The parties set the briefing as a control date, but had intended to continue negotiating as to requests from Plaintiff for further processing. Regrettably, because of government counsel's preparation and participation in a jury trial before Judge Mehta that concluded on October 12, 2021, the parties had not reached an accord as to reprocessing until after undersigned became exclusively occupied by trial preparation for the aforementioned case – a 2016 employment discrimination trial. Defendant has now agreed to reprocess – and release for the first time – a tranche of documents at the core of Plaintiff's FOIA request. . Because it is impossible to predict the impact of the putative release on the need for further proceedings, an agreed-to schedule for briefing summary judgment is set forth below in the event that the release does not obviate the need for briefing.

Specifically, FBI proposes to release an additional tranche of more than 200 pages by no later than December 15, 2021. Plaintiff agrees to review the release and determine whether it is satisfied with Defendant's production such that summary judgment is no longer necessary by no

later than December 28, 2021, as memorialized in either a status report to that effect or the filing of a stipulation of dismissal.  Otherwise, FBI will prepare its *Vaughn* index and Declaration by no later than February 15, 2022 and the following briefing schedule will be observed:

| | |
|---|---|
| March 1, 2022 | Defendant's Motion for Summary Judgment |
| April 1, 2022 | Plaintiff's Opposition and/or Cross Motion for Summary Judgment |
| May 2, 2022 | Defendant's Reply to Plaintiff's Opposition / Opposition to Cross Motion for Summary Judgment |
| May 16, 20222 | Plaintiff's Reply to Defendant's Opposition to its Cross Motion for Summary Judgment |

Dated: October 29, 2021
         Washington, DC

                                                            Respectfully submitted,

                                                            CHANNING D. PHILLIPS, D.C. Bar #415793
                                                            Acting United States Attorney

                                                            BRIAN P. HUDAK
                                                            Acting Chief, Civil Division


                                                            By: */s/ John Moustakas*
                                                            John Moustakas, D.C. Bar #442076
                                                            U.S. Attorney's Office – Civil Division
                                                            555 4th Street, N.W.
                                                            Washington, D.C. 20530
                                                            (202) 252-2518
                                                            john.moustakas@usdoj.gov


                                                            *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATION, ) <br> ) <br> Defendant. ) <br> ) | Civ. A. No. 20-206 |

## **(PROPOSED) ORDER**

UPON CONSIDERATION OF Defendant's Consent Motion to Vacate Summary Judgment Brief Schedule, and based upon the entire record, the Motion is hereby **GRANTED.**

In the event that summary judgment briefing is not rendered moot by Defendant's agreement to release additional records as described in its Consent Motion, the new summary judgment briefing schedule shall be as follows:

| | |
|---|---|
| March 1, 2022 | Defendant's Motion for Summary Judgment |
| April 1, 2022 | Plaintiff's Opposition and/or Cross Motion for Summary Judgment |
| May 2, 2022 | Defendant's Reply to Plaintiff's Opposition / Opposition to Cross Motion for Summary Judgment |
| May 16, 20222 | Plaintiff's Reply to Defendant's Opposition to its Cross Motion for Summary Judgment |

**SO ORDERED.**

Dated: _____

UNITED STATES DISTRCT JUDGE