UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civ. A. No. 20-206-JMC |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| Defendant. | ) |

**JOINT MOTION TO STAY SUMMARY JUGDMENT BRIEFING SCHEDULE**

    Plaintiff, Gun Owners of America, Inc., and Defendant, Federal Bureau of Investigation ("FBI"), respectfully move to stay the current summary judgment briefing schedule as set by the Court's November 1, 2021, Minute Order.

    The parties have been meeting and conferring in good faith in an effort to resolve the matter without the need for dispositive motions.  Pursuant to those efforts, Plaintiff has propounded questions about the released records and the FBI's draft *Vaughn* index; and the FBI has provided detailed responses and, where requested, explanations.  In addition, FBI has reprocessed at least one record per Plaintiff's request, which it will produce to Plaintiff.  As a result of those efforts, FBI's responses have resolved most of the outstanding issues with respect to records either release in full or in redacted form.  One issue remains outstanding, as to which the parties are continuing to meet and confer.

    The parties request an opportunity to report to the Court on their progress resolving the final issue by submitting a Joint Status Report ("JSR") by no later than April 29, 2022, unless an intervening submission renders the need for a further JSR moot.

- 2 -

Dated: February 28, 2022
      Washington, DC

                                 Respectfully submitted,

*/s/ Robert J. Olson*
ROBERT JEFFREY OLSON
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna , VA  22180
(703) 356-5070
Email: Rob@wjopc.Com

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

STEPHEN D. STAMBOULIEH
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
Email: Stephen@sdslaw

By: */s/ John Moustakas*
John Moustakas, D.C. Bar #442076
U.S. Attorney's Office – Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov

*Counsel for Plaintiff*

*Counsel for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATION, ) <br> ) <br> Defendant. ) <br> ) | Civ. A. No. 20-206-JMC |

### **(PROPOSED) ORDER**

UPON CONSIDERATION OF the Joint Motion to Stay the Summary Judgment Brief Schedule, and based upon the entire record, the Motion is hereby **GRANTED.**

The parties are further **ORDERED** to submit a Joint Status Report by no later than April 29, 2022 apprising the Court of the status of the matter, including, if appropriate, a proposed schedule for further proceedings.

**SO ORDERED.**


Dated: _____
UNITED STATES DISTRCT JUDGE