UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. A. No. 20-206-JMC |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 1, 2022, Minute Order, Plaintiff, Gun Owners of America, Inc., and Defendant, Federal Bureau of Investigation ("FBI"), respectfully submit this Joint Status Report to apprise the Court of developments in this matter.

After extensive good faith efforts to meet and confer over areas of disagreement about the nature and scope of the government's response to Plaintiff's FOIA request (described in detail in the parties joint motion to stay proceedings), the FBI agreed to conduct a supplemental search in its archives of the emails of a retired employee who is believed to have been involved in creation of the NICS's self-submission form relinquishing the right to possess firearms based on mental health concerns.  NICS (or National Instant Criminal Background Check System) is FBI's national system that checks records on persons who may be disqualified from receiving firearms.

The FBI search has yielded 60 additional pages of responsive records.  The results of the FBI's search are being processed and are expected to be released in a first and final release to Plaintiff by no later than June 30, 2022.  In order to give Plaintiff sufficient time to review the records and for the parties to engage in any further meet and confer proceedings as may be needed,

- 2 -

the parties propose to file their next Joint Status Report, including, if appropriate, a schedule for further proceedings in this matter by July 22, 2022.

Dated: April 29, 2022
        Washington, DC

Respectfully submitted,

/s/ Robert J. Olson
ROBERT JEFFREY OLSON
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA  22180
(703) 356-5070
Email: Rob@wjopc.Com

STEPHEN D. STAMBOULIEH
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
Email: Stephen@sdslaw

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ John Moustakas
John Moustakas, D.C. Bar #442076
U.S. Attorney's Office – Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov

*Counsel for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATION, ) <br> ) <br> Defendant. ) | Civ. A. No. 20-206-JMC |

**(PROPOSED) ORDER**

UPON CONSIDERATION OF the parties Joint Status Report, and based upon the entire record, the parties are ORDERED to submit their next Joint Status Report by no later than July 22, 2022.

**SO ORDERED.**

Dated: _____

UNITED STATES DISTRCT JUDGE