UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civ. A. No. 20-206-JMC <br> ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) <br> ) |
| Defendant. | ) <br> ) |

**JOINT STATUS REPORT**

     Pursuant to the Court's May 2, 2022, Minute Order, Plaintiff, Gun Owners of America, Inc., and Defendant, Federal Bureau of Investigation ("FBI"), respectfully submit this Joint Status Report to apprise the Court of developments in this matter.

     In the parties' last JSR, they reported that the FBI had conducted a supplemental search and uncovered 60 pages of additional records. Since then, the FBI has produced those additional documents to Plaintiff. Based on that production, Plaintiff believes more responsive records exist. In order to provide the FBI with additional time to consider Plaintiff's request and determine if additional searches can be conducted, the parties propose that they submit another JSR no later than September 20, 2022.

Dated: July 22, 2022

Respectfully submitted,

*/s/ Robert J. Olson*
ROBERT JEFFREY OLSON
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA  22180
(703) 356-5070

- 2 -

Email: Rob@wjopc.Com

*/s/ Stephen D. Stamboulieh*
STEPHEN D. STAMBOULIEH
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
Email: Stephen@sdslaw.us

*Counsel for Plaintiff*


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: */s/ John Moustakas*
John Moustakas, D.C. Bar #442076
U.S. Attorney's Office – Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov
*Counsel for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 20-206-JMC |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **(PROPOSED) ORDER**

UPON CONSIDERATION OF the parties Joint Status Report, and based upon the entire record, the parties are ORDERED to submit their next Joint Status Report by no later than September 20, 2022.

**SO ORDERED.**

Dated: _____
UNITED STATES DISTRCT JUDGE