UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civ. A. No. 20-206-JMC |
| v. | ) ) ) | |
| FEDERAL BUREAU OF INVESTIGATION, Defendant. | ) ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's October 6, 2022, Minute Order, Plaintiff, Gun Owners of America, Inc., and Defendant, Federal Bureau of Investigation ("FBI"), respectfully submit this Joint Status Report to apprise the Court of developments in this matter. FBI had conducted additional searches requested by Plaintiff. It has released a small tranche of additional responsive records. Within the next 30 days, Defendant will advise Plaintiff whether additional potentially responsive records remain to be processed. To the extent that additional records will be released as a result of the additional search, they will be released in advance of the parties' joint status report due, per the Court's schedule, on March 20, 2023.

| | |
|---|---|
| Dated: December 19, 2022 | Respectfully submitted, |
| */s/ Stephen D. Stamboulieh*<br>STEPHEN D. STAMBOULIEH<br>STAMBOULIEH LAW, PLLC<br>P.O. Box 428<br>Olive Branch, MS 38654<br>Stephen@sdslaw.us | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division |
| ROBERT JEFFREY OLSON<br>WILLIAM J. OLSON, PC<br>370 Maple Avenue West Suite 4<br>Vienna, VA  22180<br>Rob@wjopc.com | By: */s/ John Moustakas*<br>John Moustakas, D.C. Bar #442076<br>U.S. Attorney's Office – Civil Division<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>john.moustakas@usdoj.gov |
| *Counsel for Plaintiff* | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Counsel for Defendant*

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) | |
|  ) | |
| Plaintiff, ) | |
|  ) | Civ. A. No. 20-206-JMC |
| v. ) | |
|  ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| Defendant. ) | |

**(PROPOSED) ORDER**

UPON CONSIDERATION OF the parties Joint Status Report, and based upon the entire record, the parties are ORDERED to submit their next Joint Status Report by no later than March 20, 2023.

**SO ORDERED.**

Dated: _____

UNITED STATES DISTRCT JUDGE