UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civ. A. No. 20-206-JMC |
| v. | ) ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's October 6, 2022, Minute Order, Plaintiff, Gun Owners of America, Inc. respectfully submits this Plaintiff's Status Report to apprise the Court of developments in this matter. Undersigned counsel contacted government counsel by email both on March 16, and again on March 19, 2023, seeking an update on Defendant FBI's production in this case, but did not receive a response to either email.  However, Plaintiff reports that the FBI made a production of documents on January 31, 2023.  Plaintiffs do not know the status of the FBI's production schedule, or whether more documents remain to be produced.

Dated: March 21, 2023                              Respectfully submitted,

 */s/ Stephen D. Stamboulieh*                         ROBERT JEFFREY OLSON
 STEPHEN D. STAMBOULIEH                      WILLIAM J. OLSON, PC
 STAMBOULIEH LAW, PLLC                        370 Maple Avenue West Suite 4
 P.O. Box 428                                            Vienna, VA  22180
 Olive Branch, MS 38654                           rob@wjopc.com
 Stephen@sdslaw.us                                  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I, Stephen D. Stamboulieh, hereby certify that I have filed with the Clerk of this Court, a true and correct copy of the foregoing document or pleading, utilizing this Court's CM/ECF system, which generated a Notice and delivered a copy of this document or pleading to all counsel of record.

Dated: March 21, 2023.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh