UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, )<br>Defendant. ) | Civ. A. No. 20-206-JMC |

**JOINT STATUS REPORT**

Pursuant to the Court's October 6, 2022, Minute Order, Plaintiff, Gun Owners of America, Inc., and Defendant, Federal Bureau of Investigation ("FBI"), respectfully submit this Joint Status Report to apprise the Court of developments in this matter. This *Joint* Status Report supersedes that which was filed by Plaintiff at ECF No. 37. Defendant regrets that, owing to a miscalendaring of the deadline for the March 20, 2023 report, the deadline was not on Defendant's radar sooner. While counsel did receive and act upon Plaintiff's March 16, 2023 email by sending a request for information to agency counsel, undersigned overlooked the Bureau's response that would have normally triggered a reply with relevant information from which a joint report could have been properly drafted. For that, undersigned is solely responsible and apologizes to the Court and Plaintiff.

A single consultation to another government agency remains outstanding. FBI has inquired about the progress of that consultation on numerous occasions without response. Defendant is in the process of escalating the matter and will report to Plaintiff as soon as the consultation is returned so that the parties are in a position to meet and confer before the next Joint Status Report, which is proposed for submission by no later than May 19, 2023.

- 2 -

Dated:  March 21, 2023

*/s/  Stephen D. Stamboulieh*
STEPHEN D. STAMBOULIEH
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
Stephen@sdslaw.us

ROBERT JEFFREY OLSON
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA  22180
Rob@wjopc.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/  John Moustakas*
John Moustakas, D.C. Bar #442076
U.S. Attorney's Office – Civil Division
601 D Street, N.W.
Washington, D.C. 20530
john.moustakas@usdoj.gov

*Counsel for Defendant*

- 3 -

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. A. No. 20-206-JMC |
| FEDERAL BUREAU OF INVESTIGATION, Defendant. | ) ) ) | |

## **(PROPOSED) ORDER**

UPON CONSIDERATION OF the parties Joint Status Report, and based upon the entire record, the parties are ORDERED to submit their next Joint Status Report by May 19, 2023.

**SO ORDERED.**

Dated: _____

_____
UNITED STATES DISTRCT JUDGE

- 3 -