UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUN OWNERS OF AMERICA, INC., )<br>         Plaintiff, )<br>   v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, )<br>         Defendant. | Civ. A. No. 20-206-JMC |

## JOINT STATUS REPORT

The parties submit this Joint Status Report to apprise the Court of continuing developments toward the amicable resolution of this matter.

Plaintiff has raised questions regarding the scope of the agency's searches which FBI has undertaken to address, including conducting additional searches for responsive records. These requests will result in the re-processing of certain records and the conducting of searches of additional FBI Field Office records.  FBI expects these additional efforts to be completed by July 31, 2023.  To account for the time needed to review the resulting releases, meet and confer, and in recognition of summer vacation schedules, the parties propose to file their next joint status report by no later September 8, 2023.

Dated:  May 31, 2023

*/s/  Stephen D. Stamboulieh*
STEPHEN D. STAMBOULIEH
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
Stephen@sdslaw.us

ROBERT JEFFREY OLSON
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA  22180
Rob@wjopc.com
*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/  John Moustakas*
John Moustakas, D.C. Bar #442076
U.S. Attorney's Office – Civil Division
601 D Street, N.W.
Washington, D.C. 20530
john.moustakas@usdoj.gov
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATION, ) <br> Defendant. ) | Civ. A. No. 20-206-JMC |

**(PROPOSED) ORDER**

UPON CONSIDERATION OF the parties Joint Status Report, and based upon the entire record, the parties are ORDERED to submit their next Joint Status Report by September 8, 2023.

**SO ORDERED.**

Dated: _____
UNITED STATES DISTRCT JUDGE