UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., )<br>　　　　Plaintiff, )<br>　v. )<br> )<br>FEDERAL BUREAU OF INVESTIGATION, )<br>　　　　Defendant. ) | Civ. A. No. 20-206-JMC |

## JOINT STATUS REPORT

The parties submit this Joint Status Report to apprise the Court of continuing developments toward the amicable resolution of this matter.

On June 30, 2023 the FBI re-reviewed and released 60 pages of reprocessed NICS forms to Plaintiff.  In response to the Plaintiff's inquiry about additional investigative documents associated with the NICS forms, the FBI conducted a supplemental search and located approximatively 139 pages. The FBI anticipates releasing the segregable non-exempt information from these additional pages on  October 31, 2023.  To account for the time needed to review the resulting releases, meet and confer, and the possibility of further requests and processing, the parties propose to file their next joint status report by no later December 8, 2023.

Dated:  September 8, 2023

*/s/  Stephen D. Stambouleih*
STEPHEN D. STAMBOULIEH
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
Stephen@sdslaw.us

ROBERT JEFFREY OLSON
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA  22180
Rob@wjopc.com
*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/  John Moustakas*
John Moustakas, D.C. Bar #442076
U.S. Attorney's Office – Civil Division
601 D Street, N.W.
Washington, D.C. 20530
john.moustakas@usdoj.gov
*Counsel for Defendant*

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, )<br>Defendant. ) | Civ. A. No. 20-206-JMC |

**(PROPOSED) ORDER**

UPON CONSIDERATION OF the parties Joint Status Report, and based upon the entire record, the parties are ORDERED to submit their next Joint Status Report by December 8, 2023.

**SO ORDERED.**

Dated: _____
UNITED STATES DISTRCT JUDGE