UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC.,<br>      Plaintiff,<br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>      Defendant. | Civ. A. No. 20-206-JMC |

## JOINT STATUS REPORT

The parties submit this Joint Status Report to apprise the Court of continuing developments toward the amicable resolution of this matter. The FBI has now processed and produced what it believes to be all responsive records at issue in this case. Plaintiff does not intend to challenge the limited redactions made on records that were produced in some form. However, Plaintiff continues to have questions and concerns with respect to various aspects of the FBI's searches and the scope of its productions. Seeking to narrow or resolve those differences, the parties have agreed that FBI will provide to Plaintiff, by February 15, 2024, a draft search declaration, in the hopes of demonstrating the adequacy of the FBI's search or, alternatively, having Plaintiff suggest any perceived deficiency before committing the matter to potentially unnecessary and time-consuming motions practice. On that date, the FBI also will provide Plaintiff with a draft Vaughn Index of those records that have been withheld in full, in an attempt to narrow or eliminate those records as a source of disagreement. As such, the parties propose to file their next Joint Status Report on February 31, 2024.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES, D.C. Bar #481052
                                              United States Attorney

                                              BRIAN P. HUDAK

Chief, Civil Division

By: */s/ John Moustakas (with permission)*
John Moustakas, D.C. Bar #442076
601 D Street, N.W.
Washington, D.C. 20530
john.moustakas@usdoj.gov

*Counsel for Defendant*

*/s/ Stephen D. Stamboulieh*
STEPHEN D. STAMBOULIEH
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
Stephen@sdslaw.us

ROBERT JEFFREY OLSON
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA  22180
Rob@wjopc.com

*Counsel for Plaintiff*

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) | Civ. A. No. 20-206-JMC |
| Plaintiff, | | |
| v. | | |
| FEDERAL BUREAU OF INVESTIGATION, Defendant. | | |

## **(PROPOSED) ORDER**

UPON CONSIDERATION OF the parties Joint Status Report, and based upon the entire record, the parties are ORDERED to submit their next Joint Status Report by February 31, 2024.

**SO ORDERED.**


Dated: _____
UNITED STATES DISTRCT JUDGE