UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 24-0206 (JMC) |

## JOINT STATUS REPORT

The parties submit this Joint Status Report to apprise the Court of continuing developments toward the amicable resolution of this matter.

The parties have continued throughout the course of this litigation to meet and confer in a collegial and productive matter in the spirit of seeking an amicable resolution. The FBI provided its search declaration and *Vaughn* index on March 1, 2024. As such, the parties propose filing a status report on or before May 24, 2024.

|  |  |
|---|---|
|  | Respectfully submitted, |
| */s/ Stephen D. Stamboulieh* <br> STEPHEN D. STAMBOULIEH <br> STAMBOULIEH LAW, PLLC <br> P.O. Box 428 <br> Olive Branch, MS 38654 <br> Stephen@sdslaw.us | MATTHEW M. GRAVES, D.C. Bar #481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division |
| ROBERT JEFFREY OLSON <br> WILLIAM J. OLSON, PC <br> 370 Maple Avenue West Suite 4 <br> Vienna, VA  22180 <br> Rob@wjopc.com | By: */s/ Brenda González Horowitz* <br> BRENDA GONZÁLEZ HOROWITZ <br> D.C. Bar No. 1017243 <br> 601 D Street, N.W. <br> Washington, D.C. 20530 <br> Brenda.gonzalez.horowitz@usdoj.gov |
| *Counsel for Plaintiff* | *Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 24-0206 (JMC) |

## **(PROPOSED) ORDER**

UPON CONSIDERATION OF the parties Joint Status Report, and based upon the entire record, the parties are ORDERED to submit their next Joint Status Report by May 24, 2024.

SO ORDERED.


Dated: _____

_____
DABNEY L. FRIEDRICH
United States District Judge