UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 24-0206 (JMC) |

## JOINT STATUS REPORT

The parties submit this Joint Status Report to apprise the Court of continuing developments toward the amicable resolution of this matter.

The parties report that they have reached an impasse in their discussions regarding a narrow aspect of the FBI's search. Namely, the question is whether the FBI conducted an adequate search for records relating to the dissemination of the "National Instant Criminal Background Check System" self-submission form when it conducted a targeted search through a small subset of field offices. Plaintiff contends that this search was insufficient under FOIA. Having conferred over a briefing schedule, the parties propose the following briefing schedule to govern further proceedings.

Defendant's motion for summary judgment…………………………September 26, 2024

Plaintiff's response…………………………………………………...October 28, 2024

Defendant's reply…………………………………………………….November 25, 2024

- 2 -

*/s/  Stephen D. Stamboulieh*
STEPHEN D. STAMBOULIEH
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
Stephen@sdslaw.us

ROBERT JEFFREY OLSON
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA  22180
Rob@wjopc.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/  Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
601 D Street, N.W.
Washington, D.C. 20530
Brenda.gonzalez.horowitz@usdoj.gov

*Attorneys for the United States of America*

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendant. | Civil Action No. 24-0206 (JMC) |

## **(PROPOSED) ORDER**

UPON CONSIDERATION OF the parties Joint Status Report, and based upon the entire record, the following schedule shall govern further proceedings:

 Defendant's motion for summary judgment…………………………September 26, 2024

 Plaintiff's response…………………………………………………...October 28, 2024

 Defendant's reply…………………………………………………….November 25, 2024

 SO ORDERED.


Dated: _____         _____
                      JIA M. COBB
                      United States District Judge