UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 20-0206 (JMC) |

## JOINT STATUS REPORT

Pursuant to the Court's November 20, 2024, Minute Order, Plaintiff Gun Owners of America, Inc., and Defendant Federal Bureau of Investigation, through undersigned counsel, file this status report to apprise the Court of the FBI's processing of its supplemental productions in this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

After the parties reached a narrow impasse regarding a discrete issue regarding the FBI's search for responsive records in this action, the Court on July 1, 2024, set a briefing schedule regarding summary judgment, with Defendant's opening motion due on September 26, 2024. *See* July 1, 2024, Min. Order. While preparing Defendant's motion for summary judgment and supporting materials, the FBI determined that in the interest of attempting to resolve the remaining issues, it would conduct certain supplemental searches to hopefully resolve Plaintiff's concerns regarding the scope of the FBI's search. The parties conferred regarding the grounds for the supplemental searches, and Plaintiff consented to extending Defendant's deadline to allow those searches, and productions, if any, to occur. Subsequently, Defendant moved for an extension of time until November 25, 2024, to file its motion for summary judgment, to allow additional time for the FBI to complete its supplemental searches and productions, if any. *See* Def.'s Mot., ECF

No. 47. On September 26, 2024, the Court granted Defendant's unopposed motion, and extended Defendant's response deadline to November 25, 2024. Defendant subsequently moved, with Plaintiff's consent, to vacate the briefing schedule considering additional records that the FBI identified from its supplemental searches. The Court granted that motion on November 20, 2024, ordering the parties to file a status report on or before January 15, 2025, proposing a schedule for further proceedings.

The FBI represents that it has made its supplemental productions of records that do not require consultation. There are approximately 111 pages of materials that must be sent to other government agencies for consultation. The FBI anticipates being able to process and release these consults to Plaintiff by the end of March 2025. As to the remainder, the FBI does not have an anticipated release date but hopes to provide an update by the next status report. The parties therefore propose that they file a status report by April 30, 2025, apprising the Court of the status of the FBI's processing, an estimate for when the consultations will be complete, and any other issues that may arise from the parties' discussions of the supplemental releases. A proposed order is included herein.

Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
STEPHEN D. STAMBOULIEH
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
Stephen@sdslaw.us

ROBERT JEFFREY OLSON
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA  22180
Rob@wjopc.com

*Counsel for Plaintiff*

EDWARD R. MARTIN, JR. D.C. Bar #481866
United States Attorney

By: */s/ Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
601 D Street, N.W.
Washington, D.C. 20530
Brenda.gonzalez.horowitz@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 20-0206 (JMC) |

### **[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a status report on or before March 3, 2025, informing the Court of the progress of the parties' discussions and proposing a further schedule for proceedings.

SO ORDERED.

_____    _____
Dated                                                                  JIA M. COBB
                                                                              United States District Judge