UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 20-0206 (JMC) |

## JOINT STATUS REPORT

Pursuant to the Court's March 4, 2025, Minute Order, Plaintiff Gun Owners of America, Inc., and Defendant Federal Bureau of Investigation, through undersigned counsel, file this status report to apprise the Court of the FBI's processing of its supplemental productions in this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

The FBI completed its supplemental productions to Plaintiff following subsequent searches, and Plaintiff has represented that it has no additional challenges to the scope of the FBI's searches or withholdings. Plaintiff thereafter presented a settlement demand to determine whether the parties can resolve the issue of attorneys' fees and costs without further intervention from the Court. The parties need additional time to meet and confer and propose filing a status report on or before June 16, 2025 apprising the Court of their discussions. A proposed order is included herein.

Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
STEPHEN D. STAMBOULIEH
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
Stephen@sdslaw.us

ROBERT JEFFREY OLSON
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA  22180
Rob@wjopc.com

*Counsel for Plaintiff*

EDWARD R. MARTIN, JR. D.C. Bar #481866
United States Attorney

By: */s/ Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
601 D Street, N.W.
Washington, D.C. 20530
Brenda.gonzalez.horowitz@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION,<br><br>　　　　　Defendant. | Civil Action No. 20-0206 (JMC) |

### [PROPOSED] ORDER

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a status report on or before June 16, 2025, informing the Court of the progress of the parties' discussions and proposing a further schedule for proceedings.

SO ORDERED.

_____        _____
Dated                               JIA M. COBB
                                    United States District Judge